# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Dr. Andrew Limle,
    Plaintiff(s),

v.

State Farm Mutual Automobile
Insurance Company,
    Defendant(s).

Case No. 1:12cv131
(Consent Case ; Litkovitz, M.J.)

## ORDER

Pursuant to notification by counsel that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date 1/31/13

awh    January 30, 2013

KAREN L. LITKOVITZ
United States Magistrate Judge